**No. 10-9050. Andre Stephen Alexander, Petitioner v. California.**

563 U.S. 945, 131 S. Ct. 2111, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3184.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 846, 113 Cal. Rptr. 3d 190, 235 P.3d 873.

**No. 10-9051. Otis Telbert Berthey, Jr., Petitioner v. Guillermina Hall, Warden.**

563 U.S. 945, 131 S. Ct. 2111, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3036.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9057. Ronald Cleave Douglas, Petitioner v. Jeffrey Woods, Warden, et al.**

563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3004.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9062. John E. Winfield, Petitioner v. Missouri.**

563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3101.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-9065. Anthony W. Johnson, Petitioner v. Anthony Hedgpeth, Warden, et al.**

563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3148.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9066. Emmanuel T. Bull, Petitioner v. Larry Small, Warden.**

563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3043.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9067. Barry Wayne Adams, Petitioner v. Michigan.**

563 U.S. 945, 131 S. Ct. 2112, 179 L. Ed. 2d 907, 2011 U.S. LEXIS 3018,

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.